**STATE of Missouri, ex rel. Chris KOSTER, Attorney General, Respondent,**

v.

**James RUES, Appellant.**

**No. WD 73655.**

Missouri Court of Appeals, Western District.

Nov. 1, 2011.

James P. Rues, Cameron, MO, pro se.

Laura E. Elsbury, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JOSEPH M. ELLIS and THOMAS H. NEWTON, Judges.

ORDER

PER CURIAM.

James Rues appeals the circuit court's denial of his motion to set aside a default judgment ordering him to reimburse the State for the costs of his incarceration. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit court's judgment.

AFFIRMED. Rule 84.16(b).